1  McCormick, Barstow, Sheppard,
   Wayte & Carruth LLP
2  David L. Emerzian, #222930
   7647 North Fresno Street
3  Fresno, California 93720
   Telephone:    (559) 433-1300
4  Facsimile:    (559) 433-2300

5  Attorneys for Defendants MARK A.
   VUKAJLOVIC, CRISTINA VUKAJLOVIC,
6  LARRY MICHAEL VUKAJLOVIC

7

8               UNITED STATES DISTRICT COURT

9          EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

10

| 11 | RONALD MOORE, | Case No. 1:14-CV-01454-KJM-SMS |
|---|---|---|
| 12 | Plaintiff, | **Order on Stipulation to Set Aside Defaults Against Defendants Mark A. Vukajlovic, Cristina Vukajlovic, and Larry Michael Vukajlovic** |
| 13 | v. | |
| 14 | MARK A. VUKAJLOVIC, CRISTINA VUKAJLOVIC, LARRY MICHAEL VUKAJLOVIC, CHARANJEET KAUR dba UNIVERSITY DELI & LIQUOR, SUKHDEEP SINGH LIDHAR dba UNIVERSITY DELI & LIQUOR, JUNG HEE AN dba SUSHI N POP, SUNGJUNG LEE dba SUSHI N POP, | |
| 18 | Defendants. | |

20   The parties, Plaintiff Ronald Moore, by and through its counsel of record, and Defendants

21  Mark A. Vukajlovic, Cristina Vukajlovic, and Larry Michael Vukajlovic ("Defendants"), by and

22  through their counsel of record, hereby stipulate and agree as follows:

23      1.   The clerk's default entered on November 12, 2014 against Mark A. Vukajlovic (Dkt.

24  14) be set aside;

25      2.   The clerk's default entered on November 24, 2014 against Cristina Vukajlovic (Dkt.

26  16) be set aside;

27      3.   The clerk's default entered on November 24, 2014, against Larry Michael Vukajlovic

28  (Dkt. 16) be set aside;

4. The parties further stipulate that Defendants shall have twenty-one (21) days from the entry of this Order within which to file a responsive pleading.

IT IS SO STIPULATED:

Dated: December 2, 2014						McCORMICK, BARSTOW, SHEPPARD,
										WAYTE & CARRUTH LLP


By: ___/s/ David L. Emerzian___
David L. Emerzian
Attorneys for Defendants MARK A. VUKAJLOVIC, CRISTINA VUKAJLOVIC, LARRY MICHAEL VUKAJLOVIC

Dated: December 2, 2014						MOORE LAW FIRM, P.C.


By: ___/s/ Tanya E. Moore___
Tanya E. Moore
Attorneys for Plaintiff RONALD MOORE

**ORDER**

Based upon the parties' Stipulation as set forth above, and good cause appearing, the defaults that were entered against Defendants Mark A. Vukajlovic, Cristina Vukajlovic, and Larry Michael Vukajlovic ("Defendants"), are hereby set aside. Defendants shall file responsive pleadings within twenty-one (21) days of the date this Order is filed.

IT IS SO ORDERED:

Dated: December 12, 2014

_____
UNITED STATES DISTRICT JUDGE